UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL CARUSO,

       Plaintiff,

v.                                                                  Case No. 11-11546

AFJ WOODHAVEN, LLC,

       Defendant.

                                               /

**ORDER SETTING TELEPHONE CONFERENCE**

      On July 14, 2011, the court held a scheduling conference by telephone with the attorneys for the parties.  Counsel stated that they were working together to discern whether a restroom, which underlies part of Plaintiff's complaint alleging certain violations of the Americans with Disabilities Act ("ADA") and Michigan's Persons with Disabilities Civil Rights Act ("PDCRA"), is in fact located on Defendant's property.  Counsel also expressed their confidence that once this and other factual questions were clarified, the matter could be amicably resolved.  They averred this clarification process will take approximately four weeks, at which time the court expects counsel will have an understanding regarding what modifications must be made to the property, when they must be made, and how.  Accordingly,

      IT IS ORDERED that counsel are DIRECTED to appear for a conference, by telephone, on **August 16, 2011, at 11:00 a.m.**  The court will initiate the call.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated:  July 15, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 15, 2011, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522