UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL CARUSO,

       Plaintiff,

v.                                               Case No. 11-11546

AFJ WOODHAVEN, LLC,

       Defendant.
                                       /

**ORDER OF DISMISSAL**

The court held a status conference with counsel by telephone on August 16, 2011, during which counsel notified the court that a settlement has been reached and the above-captioned matter may be dismissed. Accordingly,

IT IS ORDERED that the matter is DISMISSED without prejudice to the right of either party to move by **September 16, 2011**, to vacate this order if the settlement is not finalized. After **September 16, 2011**, this dismissal will become with prejudice. Also by **September 16, 2011**, the parties may substitute a stipulated order of dismissal in place of this one, if desired.

                                               s/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: August 18, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 18, 2011, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522